IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**,<br><br>  Plaintiffs,<br><br>v.<br><br>**ONE EQUITY PARTNERS LLC**, a Delaware limited liability company, and **CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation,<br><br>  Defendants. | Case No. 12-CV-537-GKF-TLW |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court and I specially appear in this case for the sole purpose of presenting a Stipulation concerning the Defendant's first response date on behalf of ONE EQUITY PARTNERS LLC.

| | |
|---|---|
| Date: October 23, 2012 | s/John D. Russell |
| Type of Appointment: Retained | John D. Russell |
| | Fellers, Snider, Blankenship, Bailey & Tippens, P.C. |
| | 321 South Boston Avenue, Suite 800 |
| | Tulsa, Oklahoma 74103 |

| 13343 | *jrussell@fellerssnider.com* | (918) 599-0621 | (918) 583-9659 |
|---|---|---|---|
| OBA No. | Email | Telephone | Facsimile |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 23, 2012, I electronically transmitted the "APPEARANCE" to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

 Laurence Lindsay Pinkerton – *pf@att.net*
 James David Jorgenson – *pf@att.net*
  ATTORNEYS FOR PLAINTIFFS

                s/John D. Russell
                John D. Russell

09924#19161