IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**, <br><br> Plaintiffs, <br><br> v. <br><br> **ONE EQUITY PARTNERS LLC**, a Delaware limited liability company, and **CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, <br><br> Defendants. | CASE NO. 12-CV-537-GKF-TLW |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and through the respective undersigned counsel for the parties hereto, as follows:

ONE EQUITY PARTNERS LLC's time to answer, move or otherwise respond to the Complaint is extended from October 26, 2012 through and including November 16, 2012.

Dated: October 23, 2012.

| | |
|---|---|
| s/ Laurence L. Pinkerton * | s/ John D. Russell |
| Laurence L. Pinkerton, OBA No. 7168 | John D. Russell, OBA No. 13343 |
| PINKERTON & FINN, P.C. | FELLERS, SNIDER, BLANKENSHIP |
| 15 E. 5th Street, Suite 2000 | BAILEY & TIPPENS, P.C. |
| Tulsa, Oklahoma 74103-4367 | 321 South Boston Avenue, Suite 800 |
| Telephone: (918) 587-1800 | Tulsa, Oklahoma 74103 |
| Facsimile: (918) 582-2900 | Telephone: (918) 599-0621 |
| Email: pf@att.net | Facsimile: (918) 583-9659 |
| | Email: jrussell@fellerssnider.com |

*\* I certify that I have the signed original of this document, which is available for inspection at any time by the Court or a party to this action.* s/ John D. Russell, filing attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2012, I electronically transmitted the "STIPULATION" to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Laurence Lindsay Pinkerton – *pf@att.net*
James David Jorgenson – *pf@att.net*
   **ATTORNEYS FOR PLAINTIFFS**

                                                 s/John D. Russell
                                                 John D. Russell

09924#19163