IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**,<br><br>      Plaintiffs,<br><br>v.<br><br>**ONE EQUITY PARTNERS LLC**, a Delaware limited liability company, and **CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation,<br><br>      Defendants. | CASE NO. 12-CV-537-GKF-TLW |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and through the respective undersigned counsel for the parties hereto, as follows:

CONSTANTIA FLEXIBLES GmbH's time to answer, move or otherwise respond to the Complaint is extended from October 30, 2012 through and including November 16, 2012.

Dated: October 23, 2012.

| | |
|---|---|
| s/ Laurence L. Pinkerton *<br>Laurence L. Pinkerton, OBA No. 7168<br>PINKERTON & FINN, P.C.<br>15 E. 5th Street, Suite 2000<br>Tulsa, Oklahoma 74103-4367<br>Telephone: (918) 587-1800<br>Facsimile: (918) 582-2900<br>Email: pf@att.net | s/ John D. Russell<br>John D. Russell, OBA No. 13343<br>FELLERS, SNIDER, BLANKENSHIP<br>   BAILEY & TIPPENS, P.C.<br>321 South Boston Avenue, Suite 800<br>Tulsa, Oklahoma 74103<br>Telephone: (918) 599-0621<br>Facsimile: (918) 583-9659<br>Email: jrussell@fellerssnider.com |

*I certify that I have the signed original of this document, which is available for inspection at any time by the Court or a party to this action.* s/ John D. Russell, filing attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically transmitted the "STIPULATION" to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Laurence Lindsay Pinkerton – *pf@att.net*
James David Jorgenson – *pf@att.net*
　ATTORNEYS FOR PLAINTIFFS

　　　　　　　　　　　　　　　　　　　　s/John D. Russell
　　　　　　　　　　　　　　　　　　　　John D. Russell

09924#19164