IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and J. SCOTT DICKMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>ONE EQUITY PARTNERS LLC, a Delaware limited liability company, and CONSTANTIA FLEXIBLES GmbH, an Austrian corporation,<br><br>    Defendants. | Case No. 12-CV-537-GKF-TLW |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CORPORATE DISCLOSURE STATEMENTS

Defendants One Equity Partners LLC and Constantia Flexibles GmbH, having specially appeared through counsel, respectfully move for a seven-day extension of time to file their Corporate Disclosure Statements pursuant to FED. R. CIV. P. 7.1. Counsel for Plaintiffs does not object to the extension.

Defendants' principal counsels' office is in New York City, which has been severely affected by the recent hurricane and flooding. The undersigned counsel has had limited ability to discuss the disclosures with counsel and clients. To ensure the accuracy of the disclosures, Defendants respectfully requests a seven-

1

day extension of time, or until November 8, 2012, to file their Corporate Disclosure Statements.

Dated:  November 1, 2012                    Respectfully submitted,

                                                                        s/John D. Russell
                                                                        John D. Russell, OBA No. 13343
                                                                        FELLERS, SNIDER, BLANKENSHIP,
                                                                          BAILEY & TIPPENS, P.C.
                                                                        800 Kennedy Building
                                                                        321 South Boston Avenue
                                                                        Tulsa, Oklahoma 74103-3811
                                                                        Telephone (918) 599-0621
                                                                        Facsimile (918) 583-9659
                                                                        jrussell@fellerssnider.com

                                                                        COUNSEL FOR DEFENDANTS
                                                                        ONE EQUITY PARTNERS LLC AND
                                                                        CONSTANTIA FLEXIBLES GMBH

### CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2012, I electronically transmitted the "DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CORPORATE DISCLOSURE STATEMENTS" to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Laurence Lindsay Pinkerton – pf@att.net
James David Jorgenson – pf@att.net
ATTORNEYS FOR PLAINTIFFS

                                                                        s/John D. Russell
                                                                        John D. Russell

09924#19716