# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.,** an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**,<br><br>Plaintiffs,<br><br>v.<br><br>**ONE EQUITY PARTNERS LLC**, a Delaware limited liability company, and **CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation,<br><br>Defendants. | Case No. 12-CV-537-GKF-TLW |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    I am admitted to practice in this Court and I specially appear in this case on behalf of Constantia Flexibles GmbH for the sole purpose of challenging this Court's jurisdiction over Constantia Flexibles GmbH.

| | |
|---|---|
| Date: November 8, 2012 | s/Charles R. Willing |
| Type of Appointment: Retained | Charles R. Willing |
| | **Fellers, Snider, Blankenship, Bailey & Tippens, P.C.** |
| | 321 South Boston Avenue, Suite 800 |
| | Tulsa, Oklahoma 74103 |

| 15873 | *cwilling@fellerssnider.com* | (918) 599-0621 | (918) 583-9659 |
|---|---|---|---|
| OBA No. | Email | Telephone | Facsimile |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2012, I electronically transmitted the "**Appearance**" to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Laurence Lindsay Pinkerton – *pf@att.net*
James David Jorgenson – *pf@att.net*
**Attorneys for Plaintiffs**

                                                            s/Charles R. Willing
                                                            Charles R. Willing

09924#19954v1