IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation,<br>2) POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and<br>3) J. SCOTT DICKMAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>4) ONE EQUITY PARTNERS LLC, a Delaware limited liability company, and<br>5) CONSTANTIA FLEXIBLES GmbH, an Austrian corporation,<br><br>        Defendants. | Case No. 12-CV-537-GKF-TLW |

**UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME**

The Plaintiffs, Pinnacle Packaging Company, Inc., Polo Road Leasing, LLC, and J. Scott Dickman (collectively "Plaintiffs"), hereby move (1) for an enlargement of time from Friday, December 7, 2012, to and including December 28, 2012, to respond to *Defendant One Equity Partners LLC's Motion to Dismiss and Brief in Support* and *Defendant Constantia Flexibles GmbH's Motion to Dismiss and Brief in Support* (the "Motions"); and for an enlargement of time from Friday, December 7, 2012, to and including December 28, 2012 for Plaintiffs to file any amendment to their Complaint pursuant to Rule 15(a)(1)(B) Fed.R.Civ.P. In support of this Motion, Plaintiffs show the Court:

    1.    The Defendants have no objection to the enlargements requested hereby.

    2.    The enlargements are requested because of the difficulties of responding to two separate motions given the Thanksgiving holidays, Scott Dickman's absence out the country for a portion of the response period, and because Plaintiffs may determine to amend their Complaint. The

parties have also discussed conducting certain jurisdictional discovery.

3. Granting this Motion will not affect any dates in this case, as none have been scheduled.

4. No previous motions for enlargement have been made.

WHEREFORE, Plaintiffs respectfully request that this Motion be granted and that they be given other just and appropriate relief.

   s/Laurence L. Pinkerton
Laurence L. Pinkerton, OBA #7168
J. David Jorgenson, OBA #4839
Pinkerton & Finn, P.C.
Penthouse Suite
15 East 5th Street
Tulsa, OK 74103-4303
Tele: 918-587-1800
Fax:  918-582-2900
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6th, 2012, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      John D. Russell, Esq.
      FELLERS, SNIDER, BLANKENSHIP,
       BAILEY & TIPPENS
      321 S. Boston Ave., Suite 800
      Tulsa, Oklahoma 74103-3318

      /s/ Laurence L. PInkerton