IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, <br> 2) POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and <br> 3) J. SCOTT DICKMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> 4) ONE EQUITY PARTNERSHIPS LLC, a Delaware limited liability company, <br> 5) ONE EQUITY PARTNERS (EUROPE) GmbH, and <br> 6) CONSTANTIA FLEXIBLES GmbH, an Austrian corporation, <br><br> Defendants. | **FILED** <br> FEB 08 2013 <br> Phil Lombardi, Clerk <br> U.S. DISTRICT COURT <br><br> Case No. 12-CV-537-JED-TLW |

### ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this 8th day of February, 2013.

BY THE COURT:

_____