IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation,<br>2) POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and<br>3) J. SCOTT DICKMAN,<br><br>       Plaintiffs,<br><br>vs.<br><br>4) ONE EQUITY PARTNERSHIPS LLC, a Delaware limited liability company,<br>5) ONE EQUITY PARTNERS (EUROPE) GmbH, and<br>6) CONSTANTIA FLEXIBLES GmbH, an Austrian corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 12-CV-537-JED-TLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court, Northern District of Oklahoma, presents its compliments to the appropriate Judicial Authority in Austria and requests international judicial assistance to effect Service of Process upon a named Defendant in the above captioned Civil proceeding currently pending before this Court.

Plaintiffs have filed a claim in the above captioned matter including, but not limited to, allegations that the Defendants have breached their contract with Plaintiffs, causing Plaintiffs damages. Plaintiffs seek judgment including, but not limited to, damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that Defendant, **Constantia Flexibles GmbH**, can presently be served at the following address:

**Rivergate, Handelskai 92**
**1200 Vienna**
**AUSTRIA**

This Court respectfully requests that you cause one copy of the attached Summons in a Civil Action and Amended Complaint, with Exhibits, with certified German translations thereof, to be served upon **Constantia Flexibles GmbH**, at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Austria.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Constantia Flexibles GmbH** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiffs' counsel, Pinkerton & Finn, P.C. 15 East 5th Street, Penthouse Suite, Tulsa, Oklahoma, 74103-4303, USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Austria the assurance of its highest consideration.

February 8th, 2013
DATE

Honorable John E. Dowdell
United States District Court for the
Northern District of Oklahoma
333 West Fourth Street, Room 411
Tulsa, Oklahoma 74103
USA

[seal]