AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

**FILED**

**APR 15 2013**

**Phil Lombardi, Clerk**
**U.S. DISTRICT COURT**

| | | |
|---|---|---|
| PINNACLE PACKAGING COMPANY, Inc., et al., *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No.   12-CV-537-JED-TLW |
| ONE EQUITY PARTNERS LLC, ET AL. *Defendant* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
One Equity Partners (Europe) GmbH
Taunusanlage 21
60325 Frankfurt am Main
Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laurence L. Pinkerton, Esq.
PINKERTON & FINN, P.C.
15 E. 5th Street, Penthouse Suite
Tulsa, Oklahoma 74103-4303
(918) 587-1800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi
CLERK OF COURT

Date: ____Jan 14, 2013____       _____
                                 *Signature of Clerk or Deputy Clerk*

9 aE 255/13

| **Attestation** | **CERTIFICATE** | *Zustellungszeugnis* | Attestazione |
|---|---|---|---|

**FILED**
APR 15 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

1. que la demande a été exécutée[1])    THAT THE DOCUMENT HAS BEEN SERVED[1])
   dass das Ersuchen erledigt worden ist[1])    che la domanda è stata eseguita[1])
   - le (date)   THE (DATE)   - am (Datum)   - il (data)    15.03.2013
   - à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)    60325 Frankfurt am Main, Taunusanlage 21
   - in (Ort, Strasse, Nummer)   - a (località, via, numero)

   - dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - in einer der folgenden Formen nach Artikel 5:   - in una delle seguenti forme previste dall'articolo 5:

   a) - selon les formes légales (article 5, alinéa premier, lettre a)[1]).
      - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1]).
      - in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1]).
      - secondo le forme di legge (art. 5 comma 1 lett. a)[1]).

   b) - selon la forme particulière suivante[1]):
      - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]):
      - in der folgenden besonderen Form[1]):
      - secondo la forma particolare seguente[1]):

   c) - par remise simple[1]).   - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1])
      - durch einfache Übergabe[1]).   - mediante semplice consegna[1]).

Les documents mentionnés dans la demande ont été remis à: CDP 06 144532 K
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON): Die Zustellung erfolgte durch
- (Name und Stellung der Person):   - (identità e qualità della persona): Einlegen der zuzustellenden Schrift-
- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:  stücke in den zu den Geschäftsräumen gehörenden
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER): Briefkasten, da weder ein Angestellter noch ein
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:* gesetzlicher Vertreter angetroffen werden
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto: konnte. Die Zustellung entspricht deutschen
  Rechtsvorschriften.

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]):
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]):
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]):*
   che la domanda non è stata eseguita, per i seguenti motivi[1]):

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure
au mémoire ci-joint[1]).
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE
EXPENSES DETAILED IN THE ATTACHED STATEMENT[1]).
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben
sind, zu zahlen oder zu erstatten[1]).*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella
memoria allegata[1]).

**Annexes**   ANNEXES:   *Beilagen:*   Allegati:   Gerichtliche Verfügung vom 08.02.2013, Aufforderung
Pièces renvoyées:   DOCUMENTS RETURNED:   vom 14.01.2013 zur Beantwortung einer Zivilklage,
*Zurückgesandte Schriftstücke:*   Atti restituiti:   ergänzte Klage mit Bestätigung der Zustellung und
Le cas échéant, les documents justificatifs de l'exécution Anlagen A-D, IN APPROVED CASES DOCUMENTS ESTABLISHING THE SERVICE
*Gegebenenfalls Erledigungsstücke:*   Az: 12-CV-537-JED-TLW des US District Court for the Northern
Se del caso, gli atti che ne comprovano l'esecuzione   District of Oklahoma

Fait à   DONE AT   *Ausgefertigt in*   Fatto a   Frankfurt am Main   le (The) am il 26.03.2013
**Signature et/ou cachet**   SIGNATURE AND/OR STAMP
*Unterschrift und/oder Stempel*   Firma e/o timbro                                   Fröder, Rechtspflegerin
1) Rayer les mentions inutiles DELETE IF INAPPROPRIATE   *Unzutreffendes streichen*   Cancellare le annotazi...

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

[Stamp: Oberlandesgericht Frankfurt am Main * 25. Feb. 2013 * - Anl. - - Beleg(e) - Doppel - mit - Anl. -) Band Akten Heft]

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls **<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Facsimile No. 1-503-222-3950 | Oberlandesgericht Frankfurt am Main<br>Zeil 42<br>Postfach 10 01 01<br>60313 Frankfurt am Main<br>Deutschland<br>Tel.: +49 (69) 1367 01    Fax: +49 (69) 1367 2976 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**One Equity Partners (Europe) GmbH**
**Taunusanlage 21**
**60325 Frankfurt am Main**

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
    ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
    ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Done at Portland, Oregon, USA, the 21st day of Feb, 2013.
*Fait à Portland, Oregon, USA, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*

Executed "Summary" (2 pages)
*** Order Appointing International Process Server
*** Summons in a Civil Action
*** Amended Complaint, with Exhibits

[Notary Seal: OFFICIAL SEAL L CELESTE INGALLS NOTARY PUBLIC-OREGON COMMISSION NO. 446064 MY COMMISSION EXPIRES FEBRUARY 06, 2014]

*L. Celeste Ingalls* (signature)



* Delete if inappropriate
  *Rayer les mentions inutiles*

** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules
   of Civil Procedure, Public Law 97-462 AND
   United States District Court Order

*** With German translation

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**  **Charles Barrett, Esq.**
*Nom et adresse de l'autorité requérante:*  **Charles Barrett PC**
**6518 Highway 100, Suite 210**
**Nashville, TN 37205, USA**

**Particulars of the parties\*:**  **Pinnacle Packaging Company, Inc., et al. ...................................................PLAINTIFFS**
*Indentité des parties:*  **One Equity Partners LLC, et al............................................................................. DEFENDANTS**

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*   **To give notice to defendant, One Equity Partners (Europe) GmbH, of institution against it of a claim for damages and to summon it to answer the claim.**

**Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:**
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

**Civil claim alleging breach of contract and related actions. Plaintiffs' claims include, but are not limited to, allegations that the Defendants breached their contract with Plaintiffs causing plaintiffs to suffer damages. Plaintiffs seek judgment for damages in an amount to be determined including, but not limited to, attorneys fees, costs of suit, and such other and further relief as the court deems just and proper.**

**Date and place for entering appearance\*\*:**   N/A
*Date et lieu de la comparution:*

**Court which has given judgment\*\*:**   N/A
*ridiction qui a rendu la décision:*

**Date of judgment\*\*:**   N/A
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*   **Defendant is required to serve an ANSWER upon Plaintiff's attorney and file same ANSWER with the Court within twenty-one (21) days after receipt of the Summons in a Civil Action and other documents herein.**

### EXTRAJUDICIAL DOCUMENT\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**   N/A
*Nature et objet de l'acte:*

**Time limits stated in the document\*\*:**   N/A
*Indication des délias figurant dans l'acte:*

\* If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

**ZUSAMMENFASSUNG DES ZUZUSTELLENDEN DOKUMENTS**
**SEITE 2 VON 2**
**SUMMARY OF THE DOCUMENT TO BE SERVED**
**PAGE 2 OF 2**

*Übereinkommen über die Zustellung und Übermittlung gerichtlicher und außergerichtlicher Urkunden in Zivil- und Handelssachen im Ausland,*
*unterzeichnet in Den Haag am 15. November 1965*
*(Artikel 5, vierter Paragraph)*
*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,*
*signed at The Hague, the 15th of November 1965*
*(Article 5, fourth paragraph)*

*Identität und Anschrift des Empfängers*:
Identity **and address** of the **addressee** / --:

> **One Equity Partners (Europe) GmbH**
> **Taunusanlage 21**
> **60325 Frankfurt am Main**

**WICHTIG**

*DAS BEILIEGENDE DOKUMENT IST VON RECHTLICHER NATUR UND KANN SICH AUF IHRE RECHTE UND VERPFLICHTUNGEN AUSWIRKEN. DIE ZUSAMMENFASSUNG DES ZUZUSTELLENDEN DOKUMENTS GIBT IHNEN EINIGE INFORMATIONEN ÜBER SEINE NATUR UND SEINEN ZWECK. SIE SOLLTEN JEDOCH DAS DOKUMENT SELBST GENAU DURCHLESEN. ES IST UNTER UMSTÄNDEN ERFORDERLICH, SICH RECHTLICH BERATEN ZU LASSEN.*

*WENN IHRE FINANZIELLEN RESSOURCEN NICHT AUSREICHEN, SOLLTEN SIE INFORMATIONEN ÜBER DIE MÖGLICHKEIT DES BEZUGS VON PROZESSKOSTEN- ODER BERATUNGSHILFE ENTWEDER IM LAND, IN DEM SIE WOHNEN, ODER IM LAND, IN DEM DAS DOKUMENT AUSGEGEBEN WURDE, EINHOLEN.*

*FRAGEN ZUR VERFÜGBARKEIT VON PROZESSKOSTEN- ODER BERATUNGSHILFE IN DEM LAND, WO DAS DOKUMENT AUSGEGEBEN WURDE, KÖNNEN GERICHTET WERDEN AN:*

Legal Aid Services of Oklahoma, Inc. Administrative Offices
2915 N Classen Boulevard, Suite 500
Oklahoma City, OK 73106
1-888-534-5243

**IMPORTANT**

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

Legal Aid Services of Oklahoma, Inc. Administrative Offices
2915 N Classen Boulevard, Suite 500
Oklahoma City, OK 73106
1-888-534-5243