IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**(1) PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation,
**(2) POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and
**(3) J. SCOTT DICKMAN**,

    Plaintiffs,

v.

**(1) ONE EQUITY PARTNERS LLC**, a Delaware limited liability company,
**(2) ONE EQUITY PARTNERS (EUROPE) GmbH**, and
**(3) CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation,

    Defendants.

Case No. 12-CV-537-JED-TLW

## SCHEDULING ORDER

Before the Court is the Joint Motion to Establish Briefing Schedule for Answers, Motions, or Other Responses to Plaintiffs' Amended Complaint (Doc. 41, the "Joint Motion").[1] Upon consideration of the Joint Motion, and for good cause shown, the Court finds that the Joint Motion should be and is hereby **granted**, and the following schedule is established:

1. Defendants' answers, motions, or other responses:      July 26, 2013

2. Plaintiffs' opposition to any motion or response:      September 13, 2013

3. Defendants' replies to any opposition filed on or before September 6:      October 4, 2013

---

[1] Upon conclusion of the briefing deadlines set by this Scheduling Order, a comprehensive Scheduling Order will be implemented, with the parties' input.

4.   Defendants' replies if any opposition is filed after
     September 6, 2013:                                          October 11, 2013

    IT IS FURTHER ORDERED that no deadlines set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

    **ORDERED** this 2nd day of July, 2013.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE