# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

           Plaintiff(s)

vs.                                      Case Number:

           Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☐ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☐ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☐ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☐ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☐ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _____ day of _____ , 20___.

_____
Signature

_____
Printed Name                              Bar Number

_____
Firm Name

_____
Address

_____
City                              State      ZIP

_____
Phone                         Fax

_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

Exhibit 1

a. One Equity Partners (Europe) GmbH is wholly-owned by OEP Parent LLC, a Delaware limited liability company.

b. OEP Parent LLC, a Delaware limited liability company, is wholly-owned by OEP Holding Corporation, a Delaware corporation.

c. OEP Holding Corporation, a Delaware corporation, is wholly-owned by JP Morgan Capital Corporation, a Delaware corporation.

d. JP Morgan Capital Corporation is wholly-owned by Banc One Financial LLC, a Delaware limited liability company.

e. JP Morgan Chase & Co. owns 100% of Banc One Financial LLC.

f. JP Morgan Chase & Co. is a publicly traded company listed on the New York, London, and Tokyo stock exchanges.