**MEMORANDUM**

DATE: July 2, 2013

FROM: Michael Strahberger
American Embassy
Consular Section
Vienna, Austria

TO: Department of State
CA/OCS/ACS/EUR – Corina Udrea
Washington, D.C. 20520-4818

12-CV-537-JED-TLW

FILED
JUL 12 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

SUBJECT: Completed Letters Rogatory in the matter of Pinnacle Packaging Inc. versus One Equity Partnership LLC, et.al..

Enclosed for transmission to the United States District Court, Northern District of Oklahoma, are completed letters rogatory in the above matter.

A consular cash receipt for U.S. $ 2,275.00 is herewith enclosed.

Enclosure
as stated

UNCLASSIFIED

```
              U.S. EMBASSY
                VIENNA
02-Jul-2013 10:12    Cashier: ZIMMERUC
0.80 EURO  = 1 US Dollar
1.25 US Dollar = 1 EURO
MID: 4              Receipt #:  13002178
Last Name:     PINNACLE PACKING COMPANY
First Name:    LETTER ROGATORY
Qty Ser Ctry   Visa         Local        US
 1  51                      1820.00   2275.00
         LETTERS ROGATORY/FSIA FEE
         Balance:           1820.00   2275.00
Cash Tendered:                        2275.00
         Change:                         0.00

Consular Officer:
*******FEE COLLECTION
ALL TRANSACTIONS FINAL -- NO REFUNDS
           CUSTOMER COPY
```



*Embassy of the United States of America*

## Certification of an Executed Letter Rogatory

| | |
|---|---|
| REPUBLIC OF AUSTRIA            ) | |
| CITY OF VIENNA                 ) | |
| EMBASSY OF THE                 )   ss: | |
| UNITED STATES OF AMERICA  ) | |

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

July 2, 2013

Federal Ministry of
Foreign Affairs
of the Republic of Austria

Edward J. Hartwig
Consul
United States of America

July 2, 2013



REPUBLIK ÖSTERREICH

Bundesministerium für europäische und internationale Angelegenheiten

GZ BMeiA-US.4.15.04/0020-IV.1/2013

An die
Botschaft der
Vereinigten Staaten von Amerika
Boltzmanngasse 16
1090 W i e n

## V e r b a l n o t e

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nr. 48 vom 5. April 2013 mitzuteilen, dass das Rechtshilfeersuchen des US-Bezirksgerichts für den Nördlichen Bezirk von Oklahoma am 5. Juni 2013 an Constantia Flexibles GmbH in 1200 Wien zugestellt wurde. Der unterfertigte Zustellnachweis wird in der Beilage übermittelt.

Außerdem wird beiliegend ein nicht mehr benötigtes „Überstück" des Rechtshilfeersuchens retourniert.

Das Bundesministerium für europäische und internationale Angelegenheiten nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 25. Juni 2013

Beilage

**RSa** Eigenhändig

Bezirksgericht Leopoldstadt
Tel. (01) 245 27
Fax (01) 245 27/300
1020 Wien, Taborstrasse 90-92

An Postbevollmächtigte nur, wenn die Postvollmacht auf gerichtliche RSa-Briefe/Klagen lautet

Postentgelt bar bezahlt

1. **Erster** Zustellversuch am ..................
   Ankündigung eines 2. Zustellversuches
   ☐ in das Hausbrieffach ⎫
   ☐ in den Briefkasten    ⎬ eingelegt
   ☐ in den Briefeinwurf   ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür ange**bracht**
2. **Zweiter** Zustellversuch am ..................
   Verständigung über die Hinterlegung
   ☐ in das Hausbrieffach ⎫
   ☐ in den Briefkasten    ⎬ eingelegt
   ☐ in den Briefeinwurf   ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht
3. **Annahmeverweigerung** am ..................
   durch ☐ Empfänger ☐ ..................
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt
4. **Hinterlegung**
   ☐ beim Zustellpostamt
   ☐ beim Postamt ..................
   Beginn der Abholfrist ..................

SÄNFTNER
Zusteller

Formular 3/1 zu § 22 des Zustellgesetzes (GeoForm 31b)

Frau/Herrn/Firma
Constantia Flexibles GmbH,
Handelskai 92, Rivergate
1200 WIEN

Aufgabepostamt

Übernahmsbestätigung

Datum 5.6.2013

Unterschrift

☐ Empfänger
☒ Postbevollmächtigter für RSa-Briefe
☐ Angestellter des berufsmäßigen Parteienvertreters
☐ ..................

GZ: 29 Hc 5/13m - Orig. Schriftstücke (Konvolut)

Absender: Bezirksgericht Leopoldstadt
Tel. (01) 245 27
Fax (01) 245 27/300
1020 Wien, Taborstrasse 90-92

Zustellpostamt

Vorlage des Zustellnachweises an das BMJ



**REPUBLIK ÖSTERREICH**
Bezirksgericht Leopoldstadt

Z. JUNI 2013

AZ

An das
Bundesministerium für Justiz
Museumstr. 7
1070 Wien

Briefanschrift
Taborstraße 90-92
A-1020 Wien

Telefon
+43-124527-112
Telefax
+43-124527-300

Sachbearbeiter
Mag. Daniela Matz
Klappe (DW)
112



Schneid

BUNDESMINISTERIUM FÜR JUSTIZ
Eingelangt -6. JUNI 2013
1 fach
5 Big.
TEAM Z
Akten

BMJ Z946346/0002-II6/2013

zu BMJ-Z946.346/0001-I 10/2013
Rechtssache 1) Pinnacle Packaging Company, Inc., 2) Polo Road Leasing, LLC und 3) J. Scott Dickman gegen 1) One Equity Partnerships LLC, 2) One Equity Parners (Europe) GmbH und 3) Constantia Flexibels GmbH wegen Schadenersatz

Das Gericht legt den Zustellschein und die Zustellbestätigung vor, aus denen ersichtlich ist, dass die Zustellstücke an die Constantia Flexibles GmbH, Handelskai 92, Rivergate, 1200 Wien, am 5.6.2013 zugestellt worden sind.

Beilagen:
./A Zustellschein im Original
./B Vollzugsbericht Gerichtsvollzieher in Kopie
./C Zustellbestätigung im Original

Wien, den 05.06.2013



# ZUSTELLBESTÄTIGUNG

# (RETURN OF SERVICE)

Ich habe nachstehende Dokumente zugestellt (I served the following documents):

Aufforderung zur Klagebeantwortung und ergänzte Klage jeweils in Englisch mit deutscher Übersetzung (Summons in a Civil Action and Amended Complaint with Exhibits)

Art der Zustellung (By) **(kennzeichnen wie zugestellt** - check the method of service)

O persönlich (Personal)

☒ Zustellung an vertretungsbefugte Person (other entity authorized to accept the service)

An (On) (Name der Person oder des Rechtssubjekts, der/dem zugestellt wurde)
_Ang. Fr. Lock_

Datum der Zustellung (Date of service): _5. 6. 2013_

Ich erkläre unter Eid gemäß den Gesetzen der Vereinigten Staaten, dass obenstehende Informationen wahrheitsgetreu und richtig sind (I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct).

Unterschrift des Zustellorgans (Signature of process server): _[signature]_

Datum (Date): _5. 6 2013_

Name des Zustellorgans in Druckschrift (Printed name of process server):
_FI Norbert Sänftner_

Adresse des Zustellorgans (Address of process server):
_1020 Wien, Taborstr. 80_

Telefonnummer des Zustellorgans (Phone number of process server):
_0676/89892 12 31_

1 von 1

chtsabteilung: 018      BG Leopoldstadt (082)      29 Hc 5/13 m

Einbringungsdatum: 15.05.2013     Status: offen     zugewiesen: Richter
Streitgegenstand: Ausländisches Rechtshilfeersuchen (Fallcode: 32)

Ersuchende Behörde: **Bundesministerium für Justiz**

Aktenzeichen: BMJ -Z946.346/0001-I 10/2013
Rechtssache: 1) Pinnacle Packaging Company, Inc., 2) Polo Road Leasing, LLC und 3) J. Scott Dickann gg. 1) One Equity Partnerships LLC, 2) One Equity Partners (Europe) GmbH und 3) Constantia Flexibels GmbH wg. Schadenersatz
Auftrag: Zustellung an Constantia Flexibels GmbH, 1200 Wien, Rivergate, Handelskai 92

05.06.2013    BER    Bericht
Entscheidung von SAENFTNER, ON: 4

**HINSICHTLICH:**    SO Constantia Flexibels GmbH
                 Rayon: Typ A

1. Vollzugsort/Termin:
   Rivergate, Handelskai 92, 1200 Wien
   am 05.06.2013 von 08:00 bis 08:06 Uhr
   Anwesend für den Verfahrensbeteiligten: Ang.Fr. Lack (Postbev.f.RSa Briefe)
   Schriftstücke/Ordnungsnummern: Orig.Schriftst.

   1. Amtshandlung:      Zustellung
      Vollzugsergebnis:    vollzogen

Gebühren

| | automatisch | händisch |
|---|---|---|
| Vergütung | | |
| Fahrtkosten | 0,95 EUR | 0,00 EUR |
| Vergütungen auszubezahlen | 2,00 EUR | 0,00 EUR |
| Vergütungen einbehalten | 0,00 EUR | 0,00 EUR |
| Gesamt | 2,95 EUR | 0,00 EUR |

Bericht, entschieden

SAENFTNER

Datum: 05.06.2013 09:35             Seite 1