IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **(2) POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **(3) J. SCOTT DICKMAN**,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**(1) ONE EQUITY PARTNERS LLC**, a Delaware limited liability company, **(2) ONE EQUITY PARTNERS (EUROPE) GmbH**, and **(3) CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation,<br><br>　　　　　Defendants. | Case No. 12-CV-537-JED-TLW |

**DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GMBH, AND CONSTANTIA FLEXIBLES GMBH'S UNOPPOSED MOTION FOR LEAVE TO FILE JOINT MOTION TO DISMISS IN EXCESS OF PAGE LIMITATION**

　　　　Defendants One Equity Partners LLC, One Equity Partners (Europe) GmbH, and Constantia Flexibles GmbH request an order granting leave to file a single Motion to Dismiss, on behalf of all Defendants, in excess of the 25-page limitation set forth in LCvR7.2(c), but not to exceed 35 pages.

　　　　1.　　Defendants must file their answers, motions, or other responses by July 26, 2013. [Dkt 44].

　　　　2.　　Although each defendant must address Plaintiffs' allegations in the Amended Complaint [Dkt 30], there is sufficient overlap in the allegations and applicable law that Defendants anticipate filing a joint motion to dismiss the Amended Complaint.

2

3. In the interest of judicial economy, Defendants request leave to file a single Motion to Dismiss and Brief in Support, on behalf of all Defendants, not exceeding 35 pages in length.

4. Plaintiffs do not object to this motion with the understanding that they have the option (1) to request to file a single, 35-page brief in opposition and, if needed after review of Defendants' motion, an additional ten (10) pages (for a total of 45 pages) for their brief in opposition or (2) to file two separate briefs in opposition within the page limitations of LCvR7.2. Until Defendants file their motion to dismiss, Plaintiffs represent they cannot determine which option they would prefer to pursue. Defendants do not object to either of Plaintiffs' options set forth above.

WHEREFORE, Defendants move for an order granting leave to Defendants to file a single Motion to Dismiss and Brief in Support not to exceed 35 pages.

| | |
|---|---|
| Dated: 25 July 2013 | s/ John D. Russell |
| | John D. Russell, OBA No. 13343 |
| | Charles R. Willing, OBA No. 15873 |
| | FELLERS, SNIDER, BLANKENSHIP, |
| |    BAILEY & TIPPENS, P.C. |
| | 321 S. Boston Avenue, Suite 800 |
| | Tulsa, Oklahoma 74103 |
| | Telephone (918) 599-0621 |
| | Facsimile (918) 583-9659 |
| | *jrussell@fellerssnider.com* |
| | *cwilling@fellerssnider.com* |

and

Gabrielle Gould, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
FRESHFIELDS BRUCKHAUS
 DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
*gabrielle.gould@freshfields.com*
*cheryl.howard@freshfields.com*

**COUNSEL FOR DEFENDANTS
ONE EQUITY PARTNERS LLC, ONE
EQUITY PARTNERS (EUROPE) GmbH,
and CONSTANTIA FLEXIBLES GmbH**

**CERTIFICATE OF SERVICE**

     I hereby certify that on 25 July 2013, I electronically transmitted DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GMBH, AND CONSTANTIA FLEXIBLES GMBH'S UNOPPOSED MOTION FOR LEAVE TO FILE JOINT MOTION TO DISMISS IN EXCESS OF PAGE LIMITATION to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Laurence Lindsay Pinkerton – *pf@att.net*
    James David Jorgenson – *pf@att.net*
    **COUNSEL FOR PLAINTIFFS**

                                                s/John D. Russell
                                                John D. Russell