IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation,<br>2) POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and<br>3) J. SCOTT DICKMAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>4) ONE EQUITY PARTNERS LLC, a Delaware limited liability company, and<br>5) CONSTANTIA FLEXIBLES GmbH, an Austrian corporation,<br><br>      Defendants. | Case No. 12-CV-537-GKF-TLW |

**UNOPPOSED MOTION OF PLAINTIFFS, PINNACLE PACKAGING COMPANY, INC., POLO ROAD LEASING, INC., AND J. SCOTT DICKMAN, FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS IN EXCESS OF PAGE LIMITATION**

Plaintiffs, Pinnacle Packaging Company, Inc., Polo Road Leasing, LLC, and J. Scott Dickman, move for an order granting leave to file a single response on Defendants, One Equity Partners LLC, One Equity Partners (Europe) GmbH, and Constantia Flexibles GmbH, Motion to Dismiss and Brief in Support, in excess of the 25-page limitation set forth in LCVR 7.2(c), but not to exceed 45 pages. In support of this Motion, Plaintiffs show the Court:

1. This Motion is unopposed by the Defendants. [DKT 49]

2. On July 25, 2013, this Court through its Minute Order [DKT 51] granted leave to the Defendants to file a Joint Motion to Dismiss of no more than 35 pages. That Order was in response to Defendants' One Equity Partners LLC, One Equity Partners (Europe) GmbH, and Constantia Flexibles GmbH's Unopposed Motion for Leave to File Joint Motion to Dismiss in Excess of Page

Limitation (the "Joint Motion") [DKT 49], wherein the Defendants indicated their desire to file a joint motion to dismiss rather than three or fewer separate motions to dismiss.

3. Plaintiffs must now respond to the combined brief on September 13, 2013 [DKT 44], and rather than file three, or two separate responses, they move to file a single response of no more than 45 pages, which is considerably less than the 75 pages that could be expended for three separate responses. Plaintiffs have exceeded 35 pages used by Defendants because, among other things, the combined brief of Defendants attaches 5 separate declarations of multiple pages.

4. This Motion is filed in the interest of judicial economy.

WHEREFORE, Plaintiffs respectfully request that their Motion be granted and that they be given other just and appropriate relief.

 s/Laurence L. Pinkerton
Laurence L. Pinkerton, OBA #7168
Pinkerton & Finn, P.C.
Penthouse Suite
15 East 5th Street
Tulsa, OK 74103-4303
Tele: 918-587-1800
Fax:  918-582-2900
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

   I hereby certify that on September 10, 2013, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    John D. Russell, Esq.
    FELLERS, SNIDER, BLANKENSHIP,
     BAILEY & TIPPENS
    321 S. Boston Ave., Suite 800
    Tulsa, Oklahoma 74103-3318

    Gabrielle Gould, Esq.
    Cheryl Howard, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Ave., 31st Floor
    New York, NY 10022

            /s/ Laurence L. Pinkerton