IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) PINNACLE PACKAGING COMPANY, INC.,** an Oklahoma corporation, **(2) POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **(3) J. SCOTT DICKMAN**, <br><br>             Plaintiffs, <br><br> v. <br><br> **(1) ONE EQUITY PARTNERS LLC**, a Delaware limited liability company, **(2) ONE EQUITY PARTNERS (EUROPE) GmbH**, and **(3) CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, <br><br>             Defendants. | Case No. 12-CV-537-JED-TLW |

**DEFENDANTS ONE EQUITY PARTNERS LLC,
ONE EQUITY PARTNERS (EUROPE) GMBH, AND
CONSTANTIA FLEXIBLES GMBH'S UNOPPOSED
MOTION FOR LEAVE TO FILE A 20-PAGE REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants One Equity Partners LLC, One Equity Partners (Europe) GmbH, and Constantia Flexibles GmbH request leave to file a 20-page brief in reply to Plaintiffs' opposition to Defendants' Motion to Dismiss.

1. Plaintiffs do not oppose Defendants' request.

2. Plaintiffs' opposition to Defendants' motion to dismiss comprised 45 pages of text and nearly 1,200 pages of exhibits. Defendants' reply intends to address new matters raised in Plaintiffs' opposition, but the limitation of ten pages will not be sufficient to address those issues. Defendants and Plaintiffs agreed to this extension of the page limitation in negotiating the briefing schedule several months ago. Given the sheer volume

of information included in Plaintiffs' opposition, Defendants will need up to 20 pages to reply to the new arguments raised by Plaintiffs.

3. Defendants chose to file a single motion to dismiss on behalf of the three defendants rather than three separate motions. Plaintiffs likewise chose to file a single opposition brief. To address the issues raised on behalf of the multiple Plaintiffs and Defendants, Defendants need additional pages to address all the issues.

WHEREFORE, for good cause shown, Defendants move for an order granting leave to file a reply to Plaintiffs' opposition to Defendants' Motion to Dismiss not to exceed 20 pages.

Dated: 23 September 2013          s/ John D. Russell
————————————————————————
John D. Russell, OBA No. 13343
Charles R. Willing, OBA No. 15873
FELLERS, SNIDER, BLANKENSHIP,
   BAILEY & TIPPENS, P.C.
321 S. Boston Avenue, Suite 800
Tulsa, Oklahoma 74103
Telephone (918) 599-0621
Facsimile (918) 583-9659
jrussell@fellerssnider.com
cwilling@fellerssnider.com

and

Gabrielle Gould, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
FRESHFIELDS BRUCKHAUS
 DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
gabrielle.gould@freshfields.com
cheryl.howard@freshfields.com

**COUNSEL FOR DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GMBH, AND CONSTANTIA FLEXIBLES GMBH**

### CERTIFICATE OF SERVICE

    I hereby certify that on 23 September 2013, I electronically transmitted DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GMBH, AND CONSTANTIA FLEXIBLES GMBH'S UNOPPOSED MOTION FOR LEAVE TO FILE A 20-PAGE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Laurence Lindsay Pinkerton – pf@att.net
    James David Jorgenson – pf@att.net
    **COUNSEL FOR PLAINTIFFS**

                                        s/John D. Russell
                                        John D. Russell

09924.29729