IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) PINNACLE PACKAGING COMPANY, INC.,** an Oklahoma corporation,<br>**(2) POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and<br>**(3) J. SCOTT DICKMAN**,<br><br>          Plaintiffs,<br><br>v.<br><br>**(1) ONE EQUITY PARTNERS LLC**, a Delaware limited liability company,<br>**(2) ONE EQUITY PARTNERS (EUROPE) GmbH**, and **(3) CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation,<br><br>          Defendants. | Case No. 12-CV-537-JED-TLW |

## ERRATA TO DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GmbH, AND CONSTANTIA FLEXIBLES GmbH'S MOTION FOR ORAL ARGUMENT ON MOTION TO DISMISS

Defendants One Equity Partners LLC, One Equity Partners (Europe) GmbH, and Constantia Flexibles GmbH ("Defendants") file this errata to correct their statement of Plaintiffs' position on Defendants' Motion for Oral Argument on Motion to Dismiss [Dkt 64]. Defendants stated in paragraph 1 of their Motion for Oral Argument that "Plaintiffs have no objection to this Motion." It should have read, "Plaintiffs have no objection to oral argument." As explained in their opposition to the motion [Dkt 65], Plaintiffs do not agree with the reasons Defendants asserted in paragraphs 3, 4, and 5 to support the Motion for Oral Argument. Counsel for Defendants regrets the error.

| | |
|---|---|
| Dated: 24 October 2013 | s/ Charles R. Willing |
| | John D. Russell, OBA No. 13343 |
| | Charles R. Willing, OBA No. 15873 |
| | FELLERS, SNIDER, BLANKENSHIP, |
| |    BAILEY & TIPPENS, P.C. |
| | 321 S. Boston Avenue, Suite 800 |
| | Tulsa, Oklahoma 74103 |
| | Telephone (918) 599-0621 |
| | Facsimile (918) 583-9659 |
| | *jrussell@fellerssnider.com* |
| | *cwilling@fellerssnider.com* |
| | and |
| | Gabrielle Gould, *Pro Hac Vice* |
| | Cheryl Howard, *Pro Hac Vice* |
| | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | 601 Lexington Avenue, 31st Floor |
| | New York, New York 10022 |
| | Telephone (212) 277-4000 |
| | Facsimile (212) 277-4001 |
| | *gabrielle.gould@freshfields.com* |
| | *cheryl.howard@freshfields.com* |
| | **COUNSEL FOR DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GmbH, and CONSTANTIA FLEXIBLES GmbH** |

### CERTIFICATE OF SERVICE

I hereby certify that on 24 October 2013, I electronically transmitted ERRATA TO DEFENDANTS ONE EQUITY PARTNERS LLC, ONE EQUITY PARTNERS (EUROPE) GMBH, AND CONSTANTIA FLEXIBLES GMBH'S MOTION FOR ORAL ARGUMENT ON MOTION TO DISMISS to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Laurence Lindsay Pinkerton – *pf@att.net*
James David Jorgenson – *pf@att.net*
**COUNSEL FOR PLAINTIFFS**

s/Charles R. Willing<br>Charles R. Willing

09924.30556

2