IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**(1) PINNACLE PACKAGING COMPANY, INC.,** an
Oklahoma corporation,
**(2) POLO ROAD LEASING, LLC**,
an Oklahoma limited liability company, and
**(3) J. SCOTT DICKMAN**,

      Plaintiffs,

v.

**(1) ONE EQUITY PARTNERS LLC**,
a Delaware limited liability company,
**(2) ONE EQUITY PARTNERS (EUROPE) GmbH**,
and **(3) CONSTANTIA FLEXIBLES GmbH**,
an Austrian corporation,

      Defendants.

Case No. 12-CV-537-JED-TLW

## UNOPPOSED MOTION TO CONTINUE HEARING

Defendants One Equity Partners LLC, One Equity Partners (Europe) GmbH, and

Constantia Flexibles GmbH, move to continue the January 3, 2014 hearing on Defendants'

Motion to Dismiss [Dkt 53] to January 30 or 31, 2014. Plaintiffs do not oppose moving the

hearing date to January 30 or 31, 2014.

Defendants' counsel anticipate difficulty attending the hearing due to pre-existing

holiday plans. Defendants have consulted with opposing counsel and the Court's

Courtroom Deputy to determine a mutually convenient date for the hearing. The Court and

the parties are available on either January 30 or 31, 2014. Defendants therefore request that

the hearing on their Motion to Dismiss be continued to either January 30 or 31, 2014.

WHEREFORE, Defendants respectfully request the Court continue the hearing on

Defendants' Motion to Dismiss to January 30 or 31, 2014.

Dated: 27 November 2013

s/ Charles R. Willing
_____
John D. Russell, OBA No. 13343
Charles R. Willing, OBA No. 15873
FELLERS, SNIDER, BLANKENSHIP,
    BAILEY & TIPPENS, P.C.
321 S. Boston Avenue, Suite 800
Tulsa, Oklahoma 74103
Telephone (918) 599-0621
Facsimile (918) 583-9659
*jrussell@fellerssnider.com*
*cwilling@fellerssnider.com*

and

Gabrielle Gould, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
Aaron Lang, *Pro Hac Vice*
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
*gabrielle.gould@freshfields.com*
*cheryl.howard@freshfields.com*
*aaron.lang@freshfields.com*

**COUNSEL FOR DEFENDANTS
ONE EQUITY PARTNERS LLC, ONE
EQUITY PARTNERS (EUROPE) GmbH,
and CONSTANTIA FLEXIBLES GmbH**

## CERTIFICATE OF SERVICE

I hereby certify that on 27 November 2013, I electronically transmitted UNOPPOSED MOTION TO CONTINUE HEARING to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Laurence Lindsay Pinkerton – *pf@att.net*
    James David Jorgenson – *pf@att.net*
    **COUNSEL FOR PLAINTIFFS**

s/Charles R. Willing
_____
Charles R. Willing