# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc. Et al,
                            Plaintiffs,

vs.

One Equity Partners LLC et al,
                            Defendants.

Case Number: 12-CV-537-JED-TLW
Proceeding: Motion Hearing
Date: 1-31-2014
Court Time: 11:00 a.m.

## MINUTE SHEET

| John E. Dowdell, U.S. District Judge | L. Lyles, Deputy Clerk | Terri Beeler, Reporter |

Counsel for Plaintiff: Laurence Pinkerton

Counsel for Defendant: John Russell, Gabrielle Gould

Minutes: Case comes on for hearing on Defendants' Motion to Dismiss (Doc. 53). Plaintiff Scott Dickman also present. Arguments heard. Matter taken under advisement.

                     Court Time: 11:11 a.m. - 12:30 p.m.
                               12:50 p.m. - 2:22 p.m.