# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PINNACLE PACKAGING COMPANY, INC., POLO ROAD LEASING, LLC, J. SCOTT DICKMAN, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 12-CV-537-JED-TLW |
| v. ) ) | |
| ONE EQUITY PARTNERS (EUROPE) GmbH, and CONSTANTIA FLEXIBLES GmbH, ) ) ) | |
| Defendants. ) | |

## ORDER

The parties shall file a Joint Status Report by **January 15, 2015**. The plaintiffs' Motion for Scheduling Conference (Doc. 82) is **moot**. The parties shall confer in the preparation of the Joint Status Report to reach agreement on the proposed deadlines. After conferring, the parties may request a scheduling conference by so noting on the Joint Status Report.

SO ORDERED this 23rd day of December, 2014.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE