IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, <br> 2) POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and <br> 3) J. SCOTT DICKMAN, <br><br>    Plaintiffs, <br><br> vs. <br><br> 4) ONE EQUITY PARTNERS LLC, a Delaware limited liability company, and <br> 5) CONSTANTIA FLEXIBLES GmbH, an Austrian corporation, <br><br>    Defendants. | Case No. 12-CV-537-JED-TLW |

**UNOPPOSED MOTION OF PLAINTIFFS FOR ENLARGEMENT
OF TIME TO FILE AMENDED COMPLAINT**

Plaintiffs, Pinnacle Packaging Company, Inc., Polo Road Leasing, LLC, and J. Scott Dickman (collectively "Plaintiffs"), hereby move the Court for an enlargement to file their Amended Complaint per the Order of this Court [DKT 85] from January 6, 2015 to January 13, 2015. In support of this unopposed motion, the Plaintiffs show the Court:

1. Plaintiffs have contacted counsel for the Defendants, who have no objection to the enlargement of time.

2. Plaintiffs apply for this enlargement because their primary counsel, Laurence L. Pinkerton, of Pinkerton Law, P.C., is presently out of the country and scheduled to return on the evening of January 8, 2015.

3. This additional time will also allow the Plaintiffs an opportunity to assess the proper amendment following this Court's Orders on December 23, 2014 [DKTS 84, 85, and 86].

WHEREFORE, Plaintiffs pray that their Motion be granted, and that they receive other just and appropriate relief.

 s/Laurence L. Pinkerton
Laurence L. Pinkerton, OBA #7168
PINKERTON LAW, P.C.
Penthouse Suite
15 East 5th Street
Tulsa, Oklahoma 74103-4303
Tele: 918-587-1800
Fax:  918-582-2900
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2014, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      John D. Russell, Esq.
      FELLERS, SNIDER, BLANKENSHIP,
       BAILEY & TIPPENS
      321 S. Boston Ave., Suite 800
      Tulsa, Oklahoma 74103-3318

      Gabrielle Gould, Esq.
      Cheryl Howard, Esq.
      FRESHFIELDS BRUCKHAUS DERINGER US LLP
      601 Lexington Ave., 31st Floor
      New York, NY 10022

                                        s/ Laurence L. Pinkerton