IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.,** an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and<br>**ONE EQUITY PARTNERS (EUROPE) GmbH,**<br><br>Defendants. | Case No. 12-CV-537-JED-TLW |

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**

John D. Russell hereby notifies the Court and opposing counsel of a Change of Address and Firm Affiliation; all future mailings and contact information will be as follows:

John D. Russell
jrussell@gablelaw.com
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Fax: (918) 595-4990

Defendants, Constantia Flexibles GmbH and One Equity Partners (Europe) GmbH will continue to be represented by the above firm and by John D. Russell.

Respectfully submitted,

By: /s John D. Russell
John D. Russell, OBA #13343
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
Telephone: (918) 595-4800
Telecopier: (918) 595-4990
jrussell@gablelaw.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on _____, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Laurence L. Pinkerton
James D. Jorgenson
Charles R. Willing
Aaron Lang
Gabrielle L. Gould
Cheryl Howard

/s/ John D. Russell
John D. Russell