# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc. et al.
       Plaintiff(s)

vs.                                         Case Number:  12-CV-537-JED-TLW

Constantia Flexibles GmbH et al.
       Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ ONE EQUITY PARTNERS (EUROPE) GmbH _____
[name of party]

who is a (check one) ☐ PLAINTIFF  ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☑ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
    OEP CAPITAL ADVISORS, L.P.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ✔ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ✔ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  23  day of  January , 20 15 .

/s/ John D. Russell
Signature

John D. Russell                                    13343
Printed Name                                       Bar Number

GableGotwals
Firm Name

1100 ONEOK Plaza, 100 West 5th Street
Address

Tulsa                                     OK      74103
City                                      State   ZIP

(918) 595-4806              (918) 595 4990
Phone                        Fax

Jrussell@gablelaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  January 23, 2015  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Laurence Pinkerton
ATTORNEY FOR PLAINTIFFS

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ John D. Russell
Signature