# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc.,
                          Plaintiff(s),

vs.                                          Case Number: 12-cv-537-JED-TLW
                                                    Proceeding: Motion Hearing

Constantia Flexibles GmbH, et al.,         Date: 6-22-2015
                       Defendant(s).       Court Time: 2:30 p.m.

## MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge      C. Portilloz, Deputy Clerk    C1, Reporter

Counsel for Plaintiff: Laurence Pinkerton

Counsel for Defendant: John Russell, Cheryl Howard (by phone), Marshall Fishman (by phone)

Minutes: Case called for hearing regarding Motions to Compel (Dkts. 101 and 103). Argument heard. Defendants' supplemental responses are due on or before 7/8/15. Discussion held regarding depositions. Defendant will file a motion for protective order on or before 7/8/15. An order will be entered.

---
Court Time

2:40 - 4:05 p.m.