# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc.,

       Plaintiff(s),

vs.             Case Number: 12-cv-537-JED-TLW

Constantia Flexibles GmbH, et al.,

       Defendant(s).

## MINUTE ORDER

At the direction of T. Lane Wilson, U.S. Magistrate Judge, it is hereby ordered that:

Before the Court are Plaintiff's' Motions to Compel. (Dkts. 101, 103). Those motions are granted in part and denied in part as stated during the 6/22/2015 hearing. Defendants' supplementations shall be served on or before 7/8/15. Each party shall bear its own fees and costs. The Court will enter an Order formalizing its rulings on the issues raised in Plaintiff's motions.

            Phil Lombardi,

            Clerk of Court, United States District Court

             S/C. Portilloz

            By: C. Portilloz, Deputy Clerk