# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and J. SCOTT DICKMAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 12-CV-537-JED-TLW |
| CONSTANTIA FLEXIBLES GmbH, an Austrian corporation, and ONE EQUITY PARTNERS (EUROPE) GmbH, | ) ) ) ) ) | |
| Defendants. | ) | |

## SUPPLEMENTAL MOTION TO AMEND SECOND AMENDED COMPLAINT

Plaintiffs, Pinnacle Packaging Company, Inc., Polo Road Leasing, LLC, and J. Scott Dickman ("Plaintiffs"), hereby supplement their *Motion to Amend Second Amended Complaint and Brief in Support* (the "Motion") filed July 7, 2015 [DKT 115], by informing the Court that Defendants have no objection to the Motion.

WHEREFORE, Plaintiffs pray their Motion be granted, and that they be given other just and appropriate relief.

 s/ Laurence L. Pinkerton
Laurence L. Pinkerton, Esq. (OBA #7168)
PINKERTON & FINN, P.C.
Penthouse Suite
15 E. 5th Street
Tulsa, Oklahoma 74103-4303
(918) 587-1800
(918) 582-2900 fax
pf@att.net
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on July 9th, 2015, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    John D. Russell, Esq.
    GABLEGOTWALS
    1100 ONEOK Plaza
    100 West Fifth Street
    Tulsa, Oklahoma 74103-4217

    Cheryl Howard, Esq.
    Aaron Lang, Esq.
    Marshall Fishman, Esq.
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Ave., 31st Floor
    New York, NY 10022

            s/ Laurence L. Pinkerton