IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**, <br><br>        Plaintiffs, <br><br> v. <br><br> **CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and **ONE EQUITY PARTNERS (EUROPE) GmbH**, <br><br>        Defendants. | Case No. 12-CV-537-JED-TLW |

## JOINT MOTION TO CONTINUE HEARING

The parties jointly move to continue the Court's hearing on Defendants' motion for protective order [DKT. 111] to a time during the afternoon on August 3, 4, or 5. Not all Defendants' counsel who need to attend this hearing will be available for the current hearing date and time, 11:00 a.m., 22 July 2015. Counsel for the parties will be out of state for depositions in this matter during the week of 27 July. For good cause shown, the parties respectfully request the Court continue the hearing to an afternoon time during the week of 3 August.

DATED: 20 July 2015                    Respectfully submitted,

                                                                  s/John D. Russell
John D. Russell, OBA No. 13343
GABLEGOTWALS
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
*jrussell@gablelaw.com*

Marshall Fishman, *Pro Hac Vice*
Gabrielle Gould, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
Aaron Lang, *Pro Hac Vice*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
*marshall.fishman@freshfields.com*
*gabrielle.gould@freshfields.com*
*cheryl.howard@freshfields.com*
*aaron.lang@freshfields.com*

**COUNSEL FOR DEFENDANTS**

and

s/Laurence L. Pinkerton
*(signed by Filing Attorney with permission of Attorney)*
Laurence L. Pinkerton, OBA No. 7168
PINKERTON LAW, P.C.
Penthouse Suite
15 East Fifth Street
Tulsa, Oklahoma 74103-4303
Telephone (918) 587-1800
Facsimile (918) 582-2900
*pf@att.net*

**COUNSEL FOR PLAINTIFFS**

{1401351;}                                    2

## CERTIFICATE OF MAILING

I do hereby certify that on 20 July 2015, a true, correct and exact copy of the above and foregoing document was served to those parties as listed below:

>Laurence L. Pinkerton - *pf@att.net*
>PINKERTON & FINN, P.C.
>
>**COUNSEL FOR PLAINTIFFS**

s/John D. Russell
John D. Russell
