IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC,** an Oklahoma limited liability company, and **J. SCOTT DICKMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and **ONE EQUITY PARTNERS (EUROPE) GmbH**<br><br>Defendants. | Case No. 4:12-CV-00537-JED-TLW |

## DECLARATION OF DUNJA MAUSER

Pursuant to 28 U.S.C. § 1746, Dunja Mauser declares as follows:

1. I am Office Manager for One Equity Partners (Europe) GmbH ("OEP Europe"), and I have read Plaintiffs' opposition to Defendants' motion for a protective order. I submit this Declaration in support of Defendants' motion for a protective order related to Plaintiffs' deposition notice of OEP Europe filed in the above-captioned lawsuit.

2. OEP Europe does not have any employees in the U.S. If the deposition of OEP Europe was ordered to take place in the U.S., an OEP Europe employee in Frankfurt would need to travel to the U.S. for the deposition.

3.  Christopher von Hugo is a former OEP Europe employee who currently lives and works in Frankfurt. Mr. von Hugo is the individual formerly affiliated with OEP Europe who would have the most knowledge regarding the allegations in the Complaint.

Dated: Frankfurt, Germany
July 21, 2015

_____
Dunja Mauser

ONE EQUITY PARTNERS EUROPE GmbH
TAUNUSANLAGE 21
60325 FRANKFURT AM MAIN
TEL.: 069 / 50 60 747-0
FAX: 069 / 50 60 747-40