IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**PINNACLE PACKAGING COMPANY, INC.,**
an Oklahoma corporation,
**POLO ROAD LEASING, LLC**,
an Oklahoma limited liability company,
and
**J. SCOTT DICKMAN**,

    Plaintiffs,

v.

**CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and
**ONE EQUITY PARTNERS (EUROPE) GmbH**

    Defendants.

Case No. 4:12-CV-00537-JED-TLW

### DECLARATION OF CHRISTOPHER VON HUGO

Pursuant to 28 U.S.C. § 1746, Christopher von Hugo declares as follows:

1.	Up until December 2012, I was Managing Director of One Equity Partners (Europe) GmbH ("OEP Europe"). I was also Vice Chairman of the Supervisory Board of Constantia Flexibles GmbH ("Constantia") from April 2011 to April 2013, and Chairman of the Supervisory Board of Constantia from November 2010 to April 2011, and from April 2013 to March 2015. I am now employed by Palladion Partners, GmbH, in Frankfurt. I submit this Declaration in support of Defendants' motion for a protective order related to Plaintiffs' deposition notice of OEP Europe filed in the above-captioned lawsuit.

2.	I reside and have my place of employment in Frankfurt, Germany.

3.	I have not traveled to the United States in the past 12 months.

  4.  I currently have no plans to travel to the United States.

Dated: Frankfurt, Germany
    July 21, 2015

                   _____
                   Christopher von Hugo