IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**,<br><br>　　　　Plaintiffs,<br>v.<br><br>**CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and **ONE EQUITY PARTNERS (EUROPE) GmbH**,<br><br>　　　　Defendants. | Case No. 12-CV-537-JED-TLW |

## DEFENDANTS' UNOPPOSED MOTION FOR OUT-OF-STATE COUNSEL TO APPEAR BY TELEPHONE

Defendants Constantia Flexibles GmbH and One Equity Partners (Europe) GmbH move the Court for an Order granting permission to Defendants' out-of-state counsel to appear by telephone for the motions hearing on Tuesday, August 4, at 2:00 p.m.

1.　Defendants' local counsel will be in physical attendance for the hearing.

2.　Plaintiffs' counsel does not object to Defendants' out-of-state counsel's appearance by telephone.

3.　A proposed Order is submitted to the Court along with this motion for the Court's convenience.

WHEREFORE, Defendants respectfully request that this Court grant their motion for out-of-state counsel to appear by telephone.

DATED: 29 July 2015

Respectfully submitted,

s/ John D. Russell
John D. Russell, OBA No. 13343
GableGotwals
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
*jrussell@gablelaw.com*

Marshall Fishman, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
Aaron Lang, *Pro Hac Vice*
Freshfields Bruckhaus
  Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
*marshall.fishman@freshfields.com*
*cheryl.howard@freshfields.com*
*aaron.lang@freshfields.com*

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on 29 July 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Laurence L. Pinkerton
James D. Jorgenson
Charles R. Willing
Aaron Lang
Gabrielle L. Gould
Cheryl Howard

s/John D. Russell
John D. Russell