**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and J. SCOTT DICKMAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 12-CV-537-JED-TLW |
| CONSTANTIA FLEXIBLES GmbH, an Austrian corporation,  and ONE EQUITY PARTNERS (EUROPE) GmbH, | ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTIONS FOR ENLARGEMENT OF TIME TO FILE
REPLY BRIEF AND FOR ADDITIONAL TWO PAGES ON REPLY**

The Plaintiffs, Pinnacle Packaging Company, Inc., Polo Road Leasing, LLC, and J. Scott Dickman (collectively "Plaintiffs"), hereby move the Court for an enlargement of time to file their reply to the response of Defendants on the *Motion of Plaintiffs to Apply Crime Fraud Exception to Claims of Privilege by Defendants and for Other Relief on Claims of Privilege* from the date established by the Court of September 18, 2015 [DKT 141], to September 21, 2015, and to grant Plaintiffs the right to file an additional two pages on their reply brief, making the reply a total of 12 pages.  In support of this Motion, Plaintiffs show the Court:

1.      The Defendants do not oppose the relief sought in this motion.

2.      Because of an intervening holiday, and the press of other business, Plaintiffs cannot fully complete their reply within the time allowed, and extending the time for filing over the requested weekend should not impede the Court's consideration of the issue.

3.     The additional two pages are requested because of the complexity of the factual scenario developed through the initial two briefs, and added to that is a necessity to clarify the proper legal framework for the determination of the issue.

WHEREFORE, Plaintiffs respectfully request that their unopposed Motions be granted and that they be given other just and appropriate relief.

 s/Laurence L. Pinkerton
Laurence L. Pinkerton, OBA #7168
Pinkerton Law, P.C.
Penthouse Suite
15 East 5th Street
Tulsa, Oklahoma 74103-4303
918-587-1800
918-582-2900 - fax
pf@att.net
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 11th, 2015, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John D. Russell, Esq.
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217

Cheryl Howard, Esq.
Gabrielle Gould, Esq.
Aaron Lang, Esq.
Marshall Fishman, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022

/s/ Laurence L. Pinkerton