# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and J. SCOTT DICKMAN, <br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CONSTANTIA FLEXIBLES GmbH, an Austrian corporation, and ONE EQUITY PARTNERS (EUROPE) GmbH,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 12-CV-537-JED-TLW<br>)<br>)<br>)<br>)<br>)<br>)  |

## SUPPLEMENTAL BRIEF IN SUPPORT OF UNOPPOSED MOTION TO REVISE MINUTE ORDER OF MAGISTRATE WILSON ON MOTION TO COMPEL PRODUCTION

All parties in this action agreed in a conference call at 9:00 a.m. on September 18, 2015, to ask the Court to extend the existing discovery cutoff of October 3, 2015, because of the pending motions before the Court. This further relieves any necessity for accelerated consideration of Defendants' Motion to Compel as set forth in the Minute Order [DKT 151] that is the subject of *Unopposed Motion to Revise Minute Order of Magistrate Wilson on Motion to Compel Production* [DKT 152].

　　　　　　　　　　　　　　　　　　　　　　 s/Laurence L. Pinkerton
　　　　　　　　　　　　　　　　　　　　　Laurence L. Pinkerton, Esq. (OBA #7168)
　　　　　　　　　　　　　　　　　　　　　PINKERTON LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　Penthouse Suite
　　　　　　　　　　　　　　　　　　　　　15 East 5th Street
　　　　　　　　　　　　　　　　　　　　　Tulsa, Oklahoma 74103-4303
　　　　　　　　　　　　　　　　　　　　　(918) 587-1800
　　　　　　　　　　　　　　　　　　　　　(918) 582-2900 - fax
　　　　　　　　　　　　　　　　　　　　　pf@att.net
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2015, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John D. Russell, Esq.
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217

Cheryl Howard, Esq.
Gabrielle Gould, Esq.
Aaron Lang, Esq.
Marshall Fishman, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022

                                      Laurence L. Pinkerton