# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PINNACLE PACKAGING COMPANY, INC., an Oklahoma corporation, POLO ROAD LEASING, LLC, an Oklahoma limited liability company, and J. SCOTT DICKMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONSTANTIA FLEXIBLES GmbH, an Austrian corporation, and ONE EQUITY PARTNERS (EUROPE) GmbH,<br><br>    Defendants. | Case No. 12-CV-537-JED-TLW |

## ORDER

Upon the *Unopposed Motion to Revise Minute Order of Magistrate Wilson on Motion to Compel Production* [DKT 152], and good cause having been shown, it is hereby

ORDERED that the response date on Defendants' Motion to Compel is October 2, 2015 and the hearing on the Motion to Compel is set for the 7th day of October, 2015 at 9:30 a.m., Magistrate Courtroom No. 1, third floor.

_____
T. Lane Wilson
United States Magistrate Judge