IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**, <br><br> Plaintiffs, <br><br> v. <br><br> **CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and **ONE EQUITY PARTNERS (EUROPE) GmbH**, <br><br> Defendants. | Case No. 12-CV-537-JED-TLW |

### DEFENDANTS' UNOPPOSED MOTION FOR OUT-OF-STATE COUNSEL TO APPEAR BY TELEPHONE

Defendants Constantia Flexibles GmbH and One Equity Partners (Europe) GmbH move the Court for an Order granting permission to Defendants' out-of-state counsel to appear by telephone for the motions hearing on Wednesday, October 7, at 9:30 a.m.

1. Defendants' local counsel will be in physical attendance for the hearing.

2. Plaintiffs' counsel does not object to Defendants' out-of-state counsel's appearance by telephone.

3. A proposed Order is submitted to the Court along with this motion for the Court's convenience.

WHEREFORE, Defendants respectfully request that this Court grant their motion for out-of-state counsel to appear by telephone.

{1437482;}

|  |  |
|---|---|
| DATED: 30 September 2015 | Respectfully submitted, |
|  | s/ John D. Russell |
|  | John D. Russell, OBA No. 13343 |
|  | GABLEGOTWALS |
|  | 1100 ONEOK Plaza |
|  | 100 W. Fifth Street |
|  | Tulsa, OK  74103 |
|  | Telephone: (918) 595-4800 |
|  | Facsimile: (918) 595-4990 |
|  | *jrussell@gablelaw.com* |
|  |  |
|  | Marshall Fishman, *Pro Hac Vice* |
|  | Cheryl Howard, *Pro Hac Vice* |
|  | Aaron Lang, *Pro Hac Vice* |
|  | FRESHFIELDS BRUCKHAUS |
|  |   DERINGER US LLP |
|  | 601 Lexington Avenue, 31st Floor |
|  | New York, NY 10022 |
|  | Telephone (212) 277-4000 |
|  | Facsimile (212) 277-4001 |
|  | *marshall.fishman@freshfields.com* |
|  | *cheryl.howard@freshfields.com* |
|  | *aaron.lang@freshfields.com* |
|  |  |
|  | COUNSEL FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on 30 September 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Laurence L. Pinkerton
James D. Jorgenson
Charles R. Willing
Aaron Lang
Gabrielle L. Gould
Cheryl Howard

s/John D. Russell
John D. Russell
