# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc., et al.,
Plaintiff(s),

vs.

Constantia Flexibles GmbH, et al.,
Defendant(s).

Case Number: 12-cv-537-JED-TLW

Proceeding: Motion Hearing

Date: 10-7-2015

Court Time: 9:30 a.m.

### MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge          C. Portilloz, Deputy Clerk          C1, Reporter

Counsel for Plaintiff: Laurence Pinkerton

Counsel for Defendant: John Russell, Cheryl Howard (by phone)

Minutes: Case called for hearing regarding Motion to Compel (Dkt. 147). The parties are directed to contact CenterLane and Oracle to discuss the costs for records. Schedule discussed. A telephone conference is scheduled for 10/19/15 at 10:30 a.m. Court will initiate conference call.

Court Time

9:45 - 10:25 a.m.