# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc., et al.,
        Plaintiff(s),

vs.                             Case Number: 12-cv-537-JED-TLW

Constantia Flexibles GmbH, et al.,
        Defendant(s).

## MINUTE ORDER

At the direction of T. Lane Wilson, U.S. Magistrate Judge, it is hereby ordered that:

Before the Court is defendants' Motion to Compel (Dkt. 147). The Court directs plaintiffs and defendants to contact third parties CenterLane and Oracle to discuss the cost of obtaining the records sought by defendants. If the parties are able to resolve their dispute, they shall notify the Court by 10/16/15. If they are not, they shall file a brief joint status report by that same date. The current scheduling order is suspended. The Court will enter a new scheduling order once the pending discovery issues are resolved. A hearing is set for 10/19/2015 at 10:30 a.m. to address any remaining issues regarding the motion to compel and to discuss future scheduling of this case.

                                        Phil Lombardi,
                                        Clerk of Court, United States District Court

                                        S/C. Portilloz
                                        By: C. Portilloz, Deputy Clerk