# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc. Et al .,

                        Plaintiffs,        Case Number: 12-cv-00537-JED-TLW

vs.                                                    Proceeding: Motion Hearing

Constantia Flexibles GmbH et al.,           Date: 10-19-2015

                        Defendants.      Court Time: 10:30 a.m.

## MINUTE SHEET

  T. Lane Wilson, U.S. Magistrate Judge        K. Perkins, Deputy Clerk       C1, Reporter

Counsel for Plaintiff: Larry Pinkerton

Counsel for Defendant: Cheryl Howard/John Russell

Minutes: Telephone conference held regarding Motion to Compel (Dkt. 147).  Discussion held on status of contact with Oracle.  Defense counsel directed to contact Oracle again.  Telephone conference is scheduled for 10/26/2015 at 10:30 a.m.  Court will initiate the conference call.