# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, Inc. Et al,
                                Plaintiff(s),

vs.                                           Case Number: 12-CV-537-JED-TLW
                                           Proceeding: Status Hearing

Constantia Flexibles GmbH, et al.,        Date: 11-20-2015
                            Defendant(s).      Court Time: 1:00 p.m.

## MINUTE SHEET

  T. Lane Wilson, U.S. Magistrate Judge        C. Portilloz, Deputy Clerk     C2, Reporter

Counsel for Plaintiff: Laurence Pinkerton

Counsel for Defendant: John Russell, Cheryl Howard


Minutes: Telephone conference held regarding status of Motion to Compel (Dkt. 147). Parties advise Court of status regarding search terms issue. The Motion to Compel (Dkt. 147) is moot. Parties to notify Judge Wilson's courtroom deputy, by email, no later than 11/24/15 if they wish to have oral argument on the Motion to Apply Crime Fraud Exception to Claim of Privilege (Dkt. 135).

---
Court Time

1:10 - 1:30 p.m.