# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Pinnacle Packaging Company, et al.,
                     Plaintiff(s),

vs.                                             Case Number: 12-cv-537-JED-TLW

Constantia Flexibles GmbH, et al.,
                     Defendant(s).

### MINUTE ORDER

At the direction of T. Lane Wilson, U.S. Magistrate Judge, it is hereby ordered that:

Defendants' Motion to Compel (Dkt. 147) is moot based on representations made by plaintiffs' counsel.

                                              Phil Lombardi,
                                              Clerk of Court, United States District Court


                                              S/C. Portilloz
                                              By: C. Portilloz, Deputy Clerk