IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PINNACLE PACKAGING COMPANY, INC.**, an Oklahoma corporation, **POLO ROAD LEASING, LLC**, an Oklahoma limited liability company, and **J. SCOTT DICKMAN**,<br><br>     Plaintiffs,<br>v.<br><br>**CONSTANTIA FLEXIBLES GmbH**, an Austrian corporation, and **ONE EQUITY PARTNERS (EUROPE) GmbH**,<br><br>     Defendants. | Case No. 12-CV-537-JED-TLW |

**DEFENDANT CONSTANTIA FLEXIBLES GmbH'S
AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Defendant Constantia Flexibles GmbH amends its corporate disclosure statement to reflect a change in corporate name and a change in corporate ownership. Constantia will be filing a motion to substitute the new name of the defendant, Constantia Flexibles International GmbH. Constantia discloses the following corporate interests:

1. Is party a publicly held corporation or other publicly held entity?

   ☐ YES     ☒ NO

2. Does party have any parent corporations?

   ☒ YES     ☐ NO

   a) Constantia Flexibles International GmbH, an Austrian corporation, is a wholly-owned subsidiary of Constantia Flexibles Group GmbH, an Austrian corporation.

{1455433;2}

b)  Constantia Flexibles Group GmbH is a wholly-owned subsidiary of Constantia Flexibles Beteiligungs GmbH, an Austrian corporation.

c)  Constantia Flexibles Beteiligungs GmbH is a wholly-owned subsidiary of Constantia Flexibles GmbH, an Austrian corporation.

d)  Constantia Flexibles GmbH is a wholly-owned subsidiary of Constantia Flexibles Holding GmbH, an Austrian holding company.

e)  Constantia Flexibles Holding GmbH is wholly owned by Constantia LUX S.à.r.l., a Luxembourg corporation.

f)  Constantia LUX S.à.r.l. is wholly owned by Constantia LUX Parent S.A., a Luxembourg corporation.

g)  Constantia LUX Parent S.A. is owned by the following entities: Expansion 17 SA SICAR, a Luxembourg corporation (31%); Global Performance 17 SA SICAR, a Luxembourg corporation (31%); Conflexia S.à.r.l., a Luxembourg corporation (11%); and Flex Pack International S.à.r.l., a Luxembourg corporation (27%).

h)  Expansion 17 SA SICAR and Global Performance 17 SA SICAR are owned by Trief Corporation SA, a Luxembourg corporation (49.75%) and Oranje Nassau Investments BV, a Netherlands corporation (49.75%).

i)  Trief Corporation SA is wholly owned by Wimbond SAS, a French corporation.

j)  Oranje Nassau Investments BV is wholly owned by Oranje Nassau Groep BV, a Netherlands corporation.

k)  Wimbond SAS and Oranje Nassau Groep BV are wholly owned by Wendel S.A., a publicly-traded French company listed on the Euronext Paris's Eurolist.

3.  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

    ☐ YES    ☑ NO

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ☐ YES    ☑ NO

5. Is party a trade association?

☐ YES  ☒ NO

DATED: 14 December 2015

Respectfully submitted,

s/ John D. Russell
John D. Russell, OBA No. 13343
GABLEGOTWALS
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
jrussell@gablelaw.com

Marshall Fishman, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
Aaron Lang, *Pro Hac Vice*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
marshall.fishman@freshfields.com
cheryl.howard@freshfields.com
aaron.lang@freshfields.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on 14 December 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Laurence L. Pinkerton
James D. Jorgenson
Charles R. Willing
Aaron Lang
Gabrielle L. Gould
Cheryl Howard

                                                s/John D. Russell
                                                John D. Russell