IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**PINNACLE PACKAGING
COMPANY, INC.**,
an Oklahoma corporation,
**POLO ROAD LEASING, LLC**,
an Oklahoma limited liability company,
and **J. SCOTT DICKMAN**,

      Plaintiffs,

v.

**CONSTANTIA FLEXIBLES GmbH**,
an Austrian corporation, and
**ONE EQUITY PARTNERS
(EUROPE) GmbH**,

      Defendants.

Case No. 12-CV-537-JED-TLW

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

In accordance with LCvR 83.5, John D. Russell of GableGotwals, respectfully requests an order permitting the withdrawal of Aaron Lang as counsel for the Defendants Constantia Flexibles GmbH and One Equity Partners (Europe) GmbH.

In support, the undersigned states:

1.    Mr. Lang was admitted *pro hac vice* by minute order of the court [Dkt. 48] on 24 July 2013.

2.    Mr. Lang is no longer associated with Freshfields Bruckhaus Deringer US LLP, and has requested Mr. Russell seek an order permitting his withdrawal from the case.

3.    Marshall H. Fishman and Gabrielle L. Gould from Freshfields Bruckhaus Deringer US LLP have been admitted *pro hac vice* as counsel for Defendants and will remain as counsel in this case.

{1465216;}

4.    No dates scheduled by the Court will be affected by this withdrawal.

WHEREFORE, John Russell respectfully requests that the Court grant this motion to allow Aaron Lang to withdraw as counsel for the Defendants.

DATED: 11 January 2016

Respectfully submitted,

s/ John D. Russell
John D. Russell, OBA No. 13343
GABLEGOTWALS
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
*jrussell@gablelaw.com*

Marshall Fishman, *Pro Hac Vice*
Gabrielle Gould, *Pro Hac Vice*
Cheryl Howard, *Pro Hac Vice*
Aaron Lang, *Pro Hac Vice*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone (212) 277-4000
Facsimile (212) 277-4001
*marshall.fishman@freshfields.com*
*gabrielle.gould@freshfields.com*
*cheryl.howard@freshfields.com*
*aaron.lang@freshfields.com*

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on 11 January 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Laurence L. Pinkerton
James D. Jorgenson
Charles R. Willing
Marshall H. Fishman
Gabrielle L. Gould
Cheryl Howard
Aaron Lang

s/John D. Russell
John D. Russell